# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

James Kenneth Mize,

Plaintiff

v.

Federal Bureau of Investigation,

Defendant

Case No.: 2:14-cv-1115-JAD-CWH

**Order Adopting Report and Recommendation [Doc. 5] and Dismissing Action Without Prejudice**

Magistrate Judge Carl Hoffman entered a report and recommendation on April 8, 2015, recommending that plaintiff James Kenneth Mize's complaint be dismissed without prejudice.[1] Objections were due April 27, 2015. No objection has been filed, and mail sent to Mize has been returned undeliverable.[2] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Hoffman's report and recommendation **[Doc. 5] is ADOPTED**.

It is FURTHER ORDERED that plaintiff James Kenneth Mize's complaint is **DISMISSED** without prejudice. The clerk of court is instructed to close this case.

DATED April 28, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Doc. 5.

[2] Doc. 6.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).